

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00838-CV

**IN THE INTEREST OF D.J.T.**, Jr., D.T., and D.J.T., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01547
Honorable Kimberly Burley, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: February 1, 2023

DISMISSED

Appellant appeals the trial court's Final Order in Suit Affecting the Parent-Child Relationship.[1] The trial court signed the order on November 9, 2022. Because this is an accelerated appeal, the notice of appeal was due November 29, 2022. *See* TEX. R. APP. P. 26.1(b), 28.4(a); TEX. FAM. CODE ANN. § 263.405(a). Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, she did not file a motion for extension of time. *See* TEX. R. APP. P. 26.3.

---

[1] Appellant is the mother of the children subject to this suit. The underlying suit was initiated by the Texas Department of Family and Protective Services ("the Department") wherein the Department sought termination of appellant's parental rights to her children. The trial court did not terminate appellant's parental rights. Instead, the trial court named the children's maternal grandmother as permanent managing conservator, named the children's parents as joint possessory conservators, and dismissed the Department from the case.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

Therefore, on January 5, 2023, we ordered appellant to file a written response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. We cautioned that if appellant failed to respond within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order). Appellant has not responded to our order. Accordingly, we dismiss this appeal. *See id.*

PER CURIAM